Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.

No. 62912.—Franken Trimming Co., Inc. *v.* United States, protests 261549–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.

No. 62913.—Beer Stern Import Corp. et al. *v.* United States, protests 276212–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiffs was sustained.

No. 62914.—Dan Cooper, Inc. *v.* United States, protest 323452–K(B) (New York).

Opinion by Ford, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, MARCH 30, 1959

No. 62915.—F. E. Macartney *v.* United States, protests 170252–K, etc. (Duluth).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.